**No. 41353.**—Protests 968847-G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and (T. D. 47857) photo frames and paper weights, plated with silver, were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 41354.**—Protests 770480-G, etc., of F. W. Woolworth Co. (Philadelphia).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel certain bridge table pencil holders were held dutiable at 40 percent under paragraph 339. Items plated with silver were held dutiable at 50 percent under the same paragraph.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 41355.**—Protests 810251-G, etc., of F. W. Woolworth Co. (San Francisco).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel bridge table pencil holders were held dutiable at 40 percent ad valorem under paragraph 339.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed. Photo frames, trays, and bridge table pencil holders plated with silver were held dutiable at 50 percent under paragraph 339 as claimed.

**No. 41356.**—Protests 402649-G, etc., of Saks & Co., Inc. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel the atomizers in question were held dutiable as household utensils and the hollow boxes and flacons as hollow ware at 40 percent under paragraph 339.   *Rice* v. *United States* (T. D. 49373) and *Viking Trading Co.* v. *United States* (C. D. 132) cited.

**No. 41357.**—Petitions 5733-R, etc., of F. Vizcaya (Laredo).

Opinion by TILSON, J.   From the record it was found that the entries were made without any intention to defraud the revenue or to conceal or misrepresent the facts.   The petitions were therefore granted.

**No. 41358.**—Petitions 5732-R, etc., of F. Vizcaya (Laredo).

Opinion by TILSON, J.   From the record it was found that the entries were made without any intention to defraud the revenue or to conceal or misrepresent the facts.   The petitions were therefore granted.